Adrienne M. Moran, Esq. SBN 136414
SHAPIRO, GALVIN, SHAPIRO & MORAN
P.O. Box 5589
Santa Rosa, CA 95402-5589
Telephone: (707) 544-5858
Facsimile: (707) 544-6702
Ade@shapirogalvinlaw.com

Attorneys for Defendant
CATHOLIC CHARITIES OF THE
DIOCESE OF SANTA ROSA

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA WEST JONES,<br><br>       Plaintiff,<br><br>vs.<br><br>CATHOLIC CHARITIES OF THE<br>DIOCESE OF SANTA ROSA,<br><br>       Defendant. | Case No.: CV 13 2925<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**<br><br>"Civil Action"<br><br>MEJ |

PLEASE TAKE NOTICE:

The parties stipulate that the above-captioned action shall be dismissed in its entirety with prejudice following the settlement reached between the

///

///

---

STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)

1

parties. Each party shall bear its own fees and costs. This dismissal is made pursuant to Federal Rule of Civil Procedure 41(a).

SHAPIRO, GALVIN, SHAPIRO & MORAN

Dated: January 8, 2014

By: _____
Adrienne M. Moran
Attorneys for Defendants
CATHOLIC CHARITIES OF THE
DIOCESE OF SANTA ROSA and
CHUCK FERNANDEZ

Dated: January 8, 2014

By: _____
Patricia Jones, In Pro Per
Plaintiff

GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DATED:   1/13/2014

The Clerk shall close the file.

STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)

2